

# United States District Court
# Eastern District of California

| PAULA SPARKMAN, | Case Number: 2:24-CV-01206-DJC-DMC |
|---|---|
| Plaintiff(s) | |

V.

| COMERICA BANK, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jenny N. Perkins hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

COMERICA BANK, CONDUENT BUSINESS SERVICES, LLC and CONDUENT STATE & LOCAL SOLUTIONS, INC.

On 10/28/2009 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/29/2024          Signature of Applicant: /s/ Jenny N. Perkins

**Pro Hac Vice Attorney**

Applicant's Name: Jenny N. Perkins
Law Firm Name: BALLARD SPAHR LLP
Address: 1735 Market Street, 51st Floor

City: Philadelphia, PA    State: PA    Zip: 19103
Phone Number w/Area Code: (215) 864-8378
City and State of Residence: Philadelphia, PA
Primary E-mail Address: perkinsj@ballardspahr.com
Secondary E-mail Address: MavrakisS@ballardspahr.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mitchell Turbenson
Law Firm Name: BALLARD SPAHR LLP
Address: 2029 Century Park East, Suite 1400

City: Los Angeles    State: CA    Zip: 90067
Phone Number w/Area Code: (424) 204-4400    Bar #: 346024

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 29, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE