

# United States District Court
# Eastern District of California

Paula Sparkman

Plaintiff(s)

V.

Comerica Bank, et al.

Defendant(s)

Case Number: 2:24-cv-01206-DJC-DMc

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, John C. Grugan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Comerica Bank, Conduent Business Services, LLC and Conduent State & Local Solutions, Inc.

On 03/10/1999 (date), I was admitted to practice and presently in good standing in the USDC, Eastern District of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/02/2024           Signature of Applicant: /s/ John C. Grugan

U.S. District Court - Pro Hac Vice Application and Order
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | John C. Grugan |
| Law Firm Name: | Holland & Knight LLP |
| Address: | 1650 Market Street |
| | Suite 3300 |
| City: | Philadelphia  State: PA  Zip: 19103 |
| Phone Number w/Area Code: | (215) 252-9610 |
| City and State of Residence: | PA |
| Primary E-mail Address: | john.grugan@hklaw.com |
| Secondary E-mail Address: | danielle.caimona@hklaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ana Dragojevic |
| Law Firm Name: | Holland & Knight LLP |
| Address: | 560 Mission Street |
| | Suite 1900 |
| City: | San Francisco  State: CA  Zip: 94105 |
| Phone Number w/Area Code: | (415) 743-6963  Bar #: 341847 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 2, 2024

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE