# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation; CONDUENT BUSINESS SERVICES, LLC, a foreign limited liability corporation, and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | NO. 2:24-CV-01206-DJC-DMC<br><br>**ORDER GRANTING UNOPPOSED REQUEST TO SEAL DOCUMENTS** |

Now before the Court is the Unopposed Request to Seal Documents ("Request") filed by Defendant Conduent State & Local Solutions, Inc. ("Conduent") pursuant to Federal Rules of Civil Procedure 5.2 and 26 and Local Rule 141. The Court has reviewed the Request and the unredacted documents Conduent seeks to seal. The Court GRANTS Conduent's Request and the Clerk is hereby directed to file the unredacted document Bates-stamped as Conduent_Sparkman_II_000310-312 under seal. The Court further GRANTS Conduent's Request to file Plaintiff's unredacted Motion for Class Certification under seal.

Dated: October 28, 2024     /s/ Daniel J. Calabretta
                             THE HONORABLE DANIEL J. CALABRETTA
                             UNITED STATES DISTRICT JUDGE