Sophia M. Rios, CSB #305801
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>COMERICA BANK, a foreign corporation, CONDUENT BUSINESS SERVICES, LLC, and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>  Defendants. | NO. 2:24-cv-01206-DJC-DMC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF'S TO FILE CLASS CERTIFICATION REPLY**<br><br>The Honorable Daniel J. Calabretta<br><br>CLASS ACTION |

Per the parties' stipulation the due date for Plaintiff's reply in support of class certification is extended to November 26, 2024. The hearing date for hearing Plaintiff's motion for class certification (ECF No. 30):

☒ shall remain December 19, 2024 at 1:30 p.m.; OR

☐ is reset to _____ at _____.

Dated:  November 15, 2024                /s/ Daniel J. Calabretta
                                          _____
                                          THE HONORABLE DANIEL J. CALABRETTA
                                          UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATION TO EXTEND TIME
FOR PLAINTIFF'S TO FILE CLASS CERTIFICATION
REPLY - 1
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com