1  Sophia M. Rios, CSB #305801
   Email: srios@bm.net
2  BERGER MONTAGUE PC
   8241 La Mesa Blvd., Suite A
3  La Mesa, California 91942
   Telephone: (619) 489-0300
4  Facsimile: (215) 875-4604

5  [Additional Counsel Appear on Signature Page]

6  *Attorneys for Plaintiff and the Proposed Class*

7                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
8

9  PAULA SPARKMAN, on behalf of herself    NO. 2:24-cv-01206-DJC-DMC
   and all others similarly situated,

10              Plaintiff,                  **ORDER GRANTING STIPULATED
                                           MOTION TO EXTEND DEADLINE FOR
11       v.                                SENDING CLASS NOTICE**

12  COMERICA BANK, a foreign corporation,   The Honorable Daniel J. Calabretta
    CONDUENT BUSINESS SERVICES, LLC,
13  and CONDUENT STATE & LOCAL              CLASS ACTION
    SOLUTIONS, INC., a foreign corporation,
14
                Defendants.
15

16

17       Based on the parties' stipulated Motion to Extend Deadline for Sending Class

18  Notice, IT IS HEREBY ORDERED that the Class notice shall be sent on or before May

19  27, 2025, in accordance with ECF No. 59.

20

21  Dated:  May 12, 2025          /s/ Daniel J. Calabretta

22                                THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE

23

24

25  ORDER GRANTING STIPULATED MOTION TO
    EXTEND DEADLINE FOR SENDING CLASS NOTICE -
    1
    Case No. 2:24-cv-01206-DJC-DMC