Sophia M. Rios, CSB #305801
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

[Additional Counsel Appear on Signature Page]

*Class Counsel*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation, and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | NO. 2:24-cv-01206-DJC-DMC<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>The Honorable Daniel J. Calabretta<br><br>CLASS ACTION |

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## I. INTRODUCTION

Plaintiff respectfully requests the Court take judicial notice of publicly available documents she relies on in her motion for summary judgment. These documents include official government reports and other documents obtained from government websites and are filed as part of Plaintiff's Appendix supporting Plaintiff's Statement of Undisputed Material Facts in Support of Plaintiff's Motion for Summary Judgment in Favor of the Class.

## II. ARGUMENT

The Federal Rules of Evidence provide that judicial notice may be taken of "a fact that is not subject to reasonable dispute because it … can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Judicial notice is proper when the matter is "beyond reasonable controversy." *Rivera v. Philip Morris, Inc.*, 395 F.3d 1142, 1151 (9th Cir. 2005) (quoting advisory committee's note to Fed. R. Evid. 201)). "Under [Federal Rule of Evidence] 201, the court can take judicial notice of '[p]ublic records and government documents available from reliable sources on the Internet,' such as websites run by governmental agencies." *Gerritsen v. Warner Bros. Ent. Inc.*, 112 F. Supp. 3d 1011, 1033 (C.D. Cal. 2015); *see also Cachil Dehe Band of Wintun Indians of the Colusa Indian Comm'y v. California*, 547 F.3d 962, 968 n.4 (9th Cir. 2008) (taking judicial notice of government documents on State of California website); *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (taking judicial notice of information on websites of two school districts because they were government entities); *Taferner v. Inspire Brands, Inc.*, No. 2:24-CV-05711-WLH-AGR, 2025 WL 942498, at *2 n.4 (C.D. Cal. Mar. 25, 2025) (taking judicial notice of a document on the Wisconsin Department of Financial

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE - 1
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Institutions website); *De Anda v. Ford Motor Co., Inc.*, 668 F. Supp. 3d 976, 983 (C.D. Cal. 2023) (taking judicial notice of documents from California Air Resources Board website); *Mikulsky v. Noom, Inc.*, 682 F. Supp. 3d 855, 866 n.2 (S.D. Cal. 2023) (taking judicial notice of documents from California Secretary of State website).

Statistics and data from official government reports are also generally subject to judicial notice. *See Seely v. Cumberland Packing Corp.*, No. 10-CV-02019-LHK, 2010 WL 5300923, at *7 n.5 (N.D. Cal. Dec. 20, 2010) (taking judicial notice of statistics published by the Administrative Office of the Courts because "these statistics are an official report of the United States government"); *see also Trundle v. Astrue*, No. 09-CV-02058-JLT, 2010 WL 5421418, at *11 n.10 (E.D. Cal. Dec. 20, 2010) ("[T]he Internet website for the United States Department of Labor, and facts included therein, are subject to judicial notice.").

Plaintiff requests the Court take judicial notice of the following government documents from federal and California government websites:

Exhibit 2: Orange County Department of Child Support Services Research Team, *Estimating Poverty in the Child Support Program* (May 2019), available at www.css.ocgov.com/sites/css/files/import/data/files/99179.pdf.

Exhibit 3: California Legislative Analyst's Office, *The 2024-2025 Budget: Child Support* (Feb. 27, 2024), lao.ca.gov/Publications/Report/4861.

Exhibit 4: Orange County Dept. of Child Support Services Research Team, *Identifying Poverty in the California Child Support Caseload (2019)*, www.css.ocgov.com/sites/css/files/import/data/files/115457.pdf.

Exhibit 26: FDIC, *2023 FDIC National Survey of Unbanked and Underbanked Households: Executive Summary* at 3 (Nov. 2024), available at

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE - 2
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

https://www.fdic.gov/household-survey/2023-fdic-national-survey-unbanked-and-underbanked-households-executive-summary.

<u>Exhibit 27</u>: *More than 7 Million U.S. Households Have No Bank Account. Why?*, U.S. Government Accountability Office (Apr. 12, 2022), https://www.gao.gov/blog/more-7-million-u.-s.-households-have-no-bank-account.-why.

### III.   CONCLUSION

Plaintiff requests the Court take judicial notice of Exhibits 2-4, 26 and 27 in the Appendix to Plaintiff's Statement of Undisputed Material Facts because they are government documents from government websites.

RESPECTFULLY SUBMITTED AND DATED this 16th day of May, 2025.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Blythe H. Chandler
   Beth E. Terrell, CSB #178181
   Email: bterrell@terrellmarshall.com
   Blythe H. Chandler, *PHV*
   Email: bchandler@terrellmarshall.com
   Amanda M. Steiner, CSB#190047
   Email: asteiner@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103-8869
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   Sophia M. Rios, CSB #305801
   Email: srios@bm.net
   Marika K. O'Connor Grant, CSB #334469
   Email: moconnorgrant@bm.net
   BERGER MONTAGUE PC
   8241 La Mesa Blvd., Suite A
   La Mesa, California 91942
   Telephone: (619) 489-0300
   Facsimile: (215) 875-4604

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE - 3
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Daniel A. Schlanger, *PHV*
Email: dschlanger@consumerprotection.net
SCHLANGER LAW GROUP LLP
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (212) 500-6114
Facsimile: (646) 612-7996

*Class Counsel*

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE - 4
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

# CERTIFICATE OF SERVICE

I, Blythe H. Chandler, hereby certify that on May 16, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all registered CM/ECF users:

Mitchell Turbenson, CSB #346024
Email: turbensonm@ballardspahr.com
Jenny N. Perkins, *PHV*
Email: perkinsj@ballardspahr.com
Email: ebersolej@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: (424) 204-4400

Elizabeth V. Wingfield, *PHV*
Email: wingfielde@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8128

John C. Grugan, *PHV*
Email: john.grugan@hklaw.com
Ana Dragojevic, CSB #341847
Email: ana.dragojevic@hklaw.com
Email: danielle.caimona@hklaw.com
HOLLAND & KNIGHT LLP
1650 Market Street, Suite 3300
Philadelphia, Pennsylvania 19103
Telephone: (215) 252-9610

*Attorneys for Defendants Comerica Bank, Conduent Business Services, LLC and Conduent State & Local Solutions, Inc.*

DATED this 16th day of May, 2025.

By: /s/ Blythe H. Chandler
Blythe H. Chandler, *PHV*

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE - 5
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com