1  Sophia M. Rios, CSB #305801
   Email: srios@bm.net
2  BERGER MONTAGUE PC
   8241 La Mesa Blvd., Suite A
3  La Mesa, California 91942
   Telephone: (619) 489-0300
4  Facsimile: (215) 875-4604

5  [Additional Counsel Omitted]

6  *Class Counsel*

7  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF CALIFORNIA
8

9  PAULA SPARKMAN, on behalf of herself
   and all others similarly situated,

   NO. 2:24-cv-01206-DJC-DMC

10         Plaintiff,

   **ORDER GRANTING REQUEST TO SEAL DOCUMENTS**

11     v.

   The Honorable Daniel J. Calabretta

12 COMERICA BANK, a foreign corporation,
   and CONDUENT STATE & LOCAL
13 SOLUTIONS, INC., a foreign corporation,

14         Defendants.

ORDER GRANTING REQUEST TO SEAL
DOCUMENTS - 1
Case No. 2:24-cv-01206-DJC-DMC

1. Now before the Court is the Request to Seal Documents filed by Plaintiff Paula Sparkman pursuant to Federal Rules of Civil Procedure 5.2 and 26 and Local Rule 141. The Court has reviewed the Request and the unredacted documents Plaintiff seeks to seal. The Court GRANTS Plaintiff's Request and the Clerk is hereby directed to file the unredacted version of Plaintiff's Motion for Summary Judgment in Favor of the Class and the unredacted version of Plaintiff's Statement of Undisputed Facts in Support of Summary Judgment in Favor of the Class under seal.

Dated: May 20, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST TO SEAL
DOCUMENTS - 2
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com