1  John C. Grugan (*pro hac vice*)
   john.grugan@hklaw.com
2  Ana Dragojevic (341847)
   ana.dragojevic@hklaw.com
3  HOLLAND & KNIGHT LLP
   560 Mission Street, Suite 1900
4  San Francisco, CA 94105
   Telephone: 415.743.6963
5
   Jenny N. Perkins (*pro hac vice*)
6  perkinsj@ballardspahr.com
   Mitchell Turbenson (346024)
7  turbensonm@ballardspahr.com
   Elizabeth V. Wingfield (*pro hac vice*)
8  wingfielde@ballardspahr.com
   BALLARD SPAHR LLP
9  2029 Century Park East, Suite 1400
   Los Angeles, CA 90067-2909
10 Telephone:  424.204.4400

11 *Attorneys for Defendants Conduent State &*
   *Local Solutions, Inc., Comerica Bank, and*
12 *Conduent Business Services, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation, CONDUENT BUSINESS SERVICES, LLC, a foreign limited liability corporation, CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | CASE NO. 2:24-CV-01206-DJC-DMC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND CASE DEADLINES**<br><br>Hearing Date: August 7, 2025<br>Hearing Time: 1:30 p.m.<br><br>Hon. Daniel J. Calabretta<br>Courtroom 7, 14th Floor<br>United States Courthouse<br>501 I Street<br>Sacramento, CA  95814 |

**I.   STIPULATION**

Defendants Comerica Bank ("Comerica"), Conduent Business Services, LLC, and Conduent State & Local Solutions, Inc., (collectively, "Conduent") (together, Comerica and Conduent are "Defendants"), together with Plaintiff Paula Sparkman ("Plaintiff") ("Defendants" and, together with Plaintiff, the "Parties"), respectfully submit this Joint Stipulation to Reset Case Deadlines, and state as follows:

1. On May 16, 2025, Plaintiff filed her Notice of Motion and Motion to Strike the Expert Report of Carl Pry (ECF. 66) and Motion for Summary Judgment (ECF. 69) (collectively the "Motions").

2. The Motions were set to be heard for oral argument on August 7, 2028 at 1:30 p.m. PST.

3. On May 23, 2025, and after emailing with the Court's Chambers, the Parties met and conferred and have stipulated to reset the following deadlines:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Oral Argument | August 7, 2028 | August 21, 2028 |
| Final Pretrial Conference | October 9, 2025 at 1:30 p.m. | December 11, 2025 at 1:30 p.m. |
| Jury Trial | December 1, 2025 at 8:30 a.m. | February 2, 2026 at 8:30 a.m. |

4. The Parties submit there is good cause to grant the requested extension. The Parties seek the brief extension of the argument on the Parties' cross-motions for summary judgment in order to accommodate the schedule of Defendant's counsel, who is unavailable

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

1  for argument on August 7. To ensure sufficient time following argument to prepare pretrial

2  submissions, if any are required, the Parties request the rescheduling of the final pretrial

3  conference and the commencement of trial. The Parties have been in contact with the

4  Court's Chambers and understand the proposed deadlines are convenient to the Court.

5       5.  Based on the above, the parties have stipulated to the proposed remaining case

6  deadlines set forth below and jointly submit their proposed stipulation for the Court's

7  review and approval.

     STIPULATED TO AND DATED THIS 28th day of May, 2025.

| TERRELL MARSHALL LAW GROUP PLLC | HOLLAND & KNIGHT LLP |
|---|---|
| /s/ Blythe H. Chandler <br> Beth E. Terrell, CSB #178181 <br> Blythe H. Chandler, PHV <br> Email: bchandler@terrellmarshall.com <br> Email: bterrell@terrellmarshall.com <br> Amanda M. Steiner, CSB#190047 <br> Email: asteiner@terrellmarshall.com <br> 936 North 34th Street, Suite 300 <br> Seattle, Washington 98103-8869 <br> Telephone: (206) 816-6603 <br> Facsimile: (206) 319-5450 <br><br> Sophia M. Rios, CSB #305801 <br> Email: srios@bm.net <br> Marika K. O'Connor Grant, CSB #334469 <br> BERGER MONTAGUE PC <br> Email: moconnorgrant@bm.net <br> 8241 La Mesa Blvd., Suite A <br> La Mesa, California 91942 <br> Telephone: (619) 489-0300 <br> Facsimile: (215) 875-4604 <br><br> Daniel A. Schlanger, PHV <br> dschlanger@consumerprotection.net | /s/ John C. Grugan <br> John C. Grugan (pro hac vice) <br> john.grugan@hklaw.com <br> Ana Dragojevic (341847) <br> ana.dragojevic@hklaw.com <br> HOLLAND & KNIGHT LLP <br> 560 Mission Street, Suite 1900 <br> San Francisco, CA 94105 <br> Telephone: 415.743.6963 <br><br> Jenny N. Perkins (pro hac vice) <br> perkinsj@ballardspahr.com <br> Mitchell Turbenson (346024) <br> turbensonm@ballardspahr.com <br> Elizabeth V. Wingfield (pro hac vice) <br> wingfielde@ballardspahr.com <br> BALLARD SPAHR LLP <br> 2029 Century Park East, Suite 1400 <br> Los Angeles, CA 90067-2909 <br> Telephone:  424.204.4400 <br><br> *Attorneys for Defendants Comerica Bank and Conduent State & Local Solutions, Inc.* |

JOINT STIPULATION AND ORDER
TO EXTEND CASE DEADLINES
CASE NO. 2:24-CV-01206-DJC-DMC
2

| | |
|---|---|
| 1 | SCHLANGER LAW GROUP LLP |
| 2 | 60 East 42nd Street, 46th Floor |
|   | New York, New York 10165 |
| 3 | Telephone: (212) 500-6114 |
|   | Facsimile: (646) 612-7996 |
| 4 | |
| 5 | *Attorneys for Plaintiff and the Proposed Class Counsel* |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

**LOCAL RULE 5-1(h)(3) STATEMENT**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this document as required under the local rules. DATED this 28th day of May, 2025.

HOLLAND & KNIGHT LLP

/s/ John C. Grugan
John C. Grugan (pro hac vice)
john.grugan@hklaw.com
Ana Dragojevic (341847)
ana.dragojevic@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6963

BALLARD SPAHR LLP

Jenny N. Perkins (pro hac vice)
perkinsj@ballardspahr.com
Mitchell Turbenson (346024)
turbensonm@ballardspahr.com
Elizabeth V. Wingfield (pro hac vice)
wingfielde@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone:   424.204.4400

*Attorneys for Defendants Comerica Bank and Conduent State & Local Solutions, Inc.*

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 29, 2025, he caused the foregoing document to be electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Executed on May 29, 2025

/s/ John C. Grugan
John C. Grugan

## II. ORDER

IT IS SO ORDERED. The case scheduling deadlines are reset to the following:

| EVENT | DEADLINE |
|---|---|
| Oral Argument | August 21, 2028 |
| Final Pretrial Conference | December 11, 2025 at 1:30 p.m., PST. |
| Jury Trial | February 2, 2026 at 8:30 a.m, PST. |

DATED this 29th day of May 2025.

Dated: May 29, 2025      /s/ Daniel J. Calabretta
                        _____
                        THE HONORABLE DANIEL J. CALABRETTA
                        UNITED STATES DISTRICT JUDGE

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

JOINT STIPULATION AND ORDER
TO EXTEND CASE DEADLINES
CASE NO. 2:24-CV-01206-DJC-DMC
i