**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | NO. 2:24-CV-01206-DJC-DMC<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

Now before the Court is the Request to Seal Documents ("Request") filed by Defendants, Conduent State & Local Solutions, Inc. ("Conduent") and Comerica Bank ("Comerica" and collectively "Defendants"), pursuant to Federal Rules of Civil Procedure 5.2 and 26 and Local Rule 141. The Court has reviewed the Request and the unredacted documents Defendants seek to seal. The Court finds that Defendants have shown compelling reasons and good cause for sealing the unredacted documents for the reasons set forth in their Request. The Court GRANTS Defendants' Request and the Clerk is hereby directed to file the unredacted documents under seal. The Court further GRANTS Defendants' Request to file Defendants' unredacted Motion under seal.

Dated:  June 3, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE