John C. Grugan (*pro hac vice*)
john.grugan@hklaw.com
Ana Dragojevic (341847)
ana.dragojevic@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6963

Jenny N. Perkins (*pro hac vice*)
perkinsj@ballardspahr.com
Mitchell Turbenson (346024)
turbensonm@ballardspahr.com
Elizabeth V. Wingfield (*pro hac vice*)
wingfielde@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

*Attorneys for Defendants Conduent
State & Local Solutions, Inc., Comerica
Bank, and Conduent Business
Services, LLC*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>COMERICA BANK, a foreign corporation, CONDUENT BUSINESS SERVICES, LLC, a foreign limited liability corporation, CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>        Defendants. | CASE NO. 2:24-CV-01206-DJC-DMC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND CASE DEADLINES**<br><br>Hearing Date: August 21, 2025<br>Hearing Time: 1:30 p.m.<br><br>Hon. Daniel J. Calabretta<br>Courtroom 7, 14th Floor<br>United States Courthouse<br>501 I Street<br>Sacramento, CA  95814 |

JOINT STIPULATION AND ORDER
TO EXTEND CASE DEADLINES
CASE No. 2:24-CV-01206-DJC-DMC

1    **I.    STIPULATION**

2        Defendants Comerica Bank ("Comerica"), Conduent Business Services, LLC, and

3    Conduent State & Local Solutions, Inc., (collectively, "Conduent") (together, Comerica

4    and Conduent are "Defendants"), together with Plaintiff Paula Sparkman ("Plaintiff")

5    ("Defendants" and, together with Plaintiff, the "Parties"), respectfully submit this Joint

6    Stipulation to Reset Case Deadlines, and state as follows:

7        1.    On May 16, 2025, Plaintiff filed her Notice of Motion and Motion to Strike

8    the Expert Report of Carl Pry (ECF 66) and Motion for Summary Judgment (ECF. 69)

9    (collectively "Plaintiff's Motions").

10        2.    On May 28, 2025, the Parties submitted a Joint Stipulation and Order to

11    Extend Case Deadlines that inadvertently included a hearing date on Plaintiff's Motions

12    as August 21, *2028* at 1:30 PM PST. (ECF 82). The Parties intended for the Court to set

13    a hearing date of August 21, *2025* at 1:30 PM PST.

14        3.    On May 30, 2025, the Court set a hearing date on Plaintiff's Motions for

15    August 21, 2028 at 1:30 PM PST. (ECF 84).

16        4.    On May 30, 2025, Defendants filed a Cross Motion for Summary Judgment

17    (ECF 93) and Motion to Exclude Expert Testimony of Jonathan Jaffee or, in the

18    alternative, to Strike His Untimely Second Supplemental Report (ECF 88) (collectively,

19    "Defendants' Motions").

20        5.    Defendants' Motions included in the caption a hearing date of August 21,

21    2025 at 1:30 PM PST. Nonetheless, an error in filing resulted in the Cross Motion for

22    Summary Judgment (ECF 93) being docketed for a hearing *in the past* on May 21, 2025.

6.    The Parties seek to correct the hearing date for Plaintiff's Motions and Defendants' Motions to be August 21, *2025* at 1:30 PM PST.

7.    The Parties submit there is good cause to grant the requested modification because the hearing date of August 21, 2028, and a hearing date of May 21, 2025, were both the result of typographical errors.

8.    Based on the above, the Parties request the Court correct the hearing date on Plaintiff's Motions and Defendants' Motions to be August 21, 2025.

STIPULATED TO AND DATED THIS 3rd day of June, 2025.

TERRELL MARSHALL LAW GROUP PLLC    BALLARD SPAHR LLP

/s/ Blythe H. Chandler (with permission)
Beth E. Terrell, CSB #178181
Blythe H. Chandler, PHV
Email: bchandler@terrellmarshall.com
Email: bterrell@terrellmarshall.com
Amanda M. Steiner, CSB#190047
Email: asteiner@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

Sophia M. Rios, CSB #305801
Email: srios@bm.net
Marika K. O'Connor Grant, CSB #334469
BERGER MONTAGUE PC
Email: moconnorgrant@bm.net
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

Daniel A. Schlanger, PHV
dschlanger@consumerprotection.net
SCHLANGER LAW GROUP LLP
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (212) 500-6114

/s/ Mitchell Turbenson
John C. Grugan (pro hac vice)
john.grugan@hklaw.com
Ana Dragojevic (341847)
ana.dragojevic@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6963

Jenny N. Perkins (pro hac vice)
perkinsj@ballardspahr.com
Mitchell Turbenson (346024)
turbensonm@ballardspahr.com
Elizabeth V. Wingfield (pro hac vice)
wingfielde@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone:   424.204.4400

*Attorneys for Defendants Comerica Bank and Conduent State & Local Solutions, Inc.*

1  Facsimile: (646) 612-7996

2  *Attorneys for Plaintiff and the Proposed*
   *Class Counsel*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

JOINT STIPULATION AND ORDER
TO EXTEND CASE DEADLINES
CASE NO. 2:24-CV-01206-DJC-DMC
3

1

## ORDER

2    IT IS SO ORDERED. The case scheduling deadlines are reset to the following:

3

4

| EVENT | DEADLINE |
|-------|----------|
| Oral Argument on Plaintiff's Motion to Strike the Expert Report of Carl Pry (ECF 66) and Motion for Summary Judgment (ECF 69) and Defendants' Cross Motion for Summary Judgment (ECF 93) and Motion to Exclude Expert Testimony of Jonathan Jaffee or, in the alternative, to Strike His Untimely Second Supplemental Report (ECF 88) | August 21, 2025 |

5

6

7

8

9

10

11    DATED this 3rd day of June 2025.

12

13    Dated:  June 3, 2025                          /s/ Daniel J. Calabretta

14                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

JOINT STIPULATION AND ORDER
TO EXTEND CASE DEADLINES
CASE NO. 2:24-CV-01206-DJC-DMC

4