Sophia M. Rios, CSB #305801
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

[Additional Counsel Omitted]

*Class Counsel*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation, and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | NO. 2:24-cv-01206-DJC-DMC<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>The Honorable Daniel J. Calabretta |

Now before the Court is the Request to Seal Documents filed by Plaintiff Paula Sparkman under Federal Rules of Civil Procedure 5.2 and 26 and Local Rule 141. The Court has reviewed the Request and the unredacted documents. The Court GRANTS Plaintiff's Request and the Clerk is hereby directed to file the unredacted versions of the Reply in Support of Plaintiff's Motion for Summary Judgment in Favor of the Class and Opposition to Defendants' Cross-Motion for Summary Judgment and Plaintiffs' Response to Defendants' Statement of Undisputed Facts under seal.

Dated:  June 17, 2025         /s/ Daniel J Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE

ORDER GRANTING REQUEST TO SEAL
DOCUMENTS - 1
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com