**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>COMERICA BANK, a foreign corporation and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>    Defendants. | NO.  2:24-CV-01206-DJC-DMC<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |

Now before the Court is the Request to Seal Document ("Request") filed by Defendants, Conduent State & Local Solutions, Inc. ("Conduent") and Comerica Bank ("Comerica" and collectively "Defendants"), pursuant to Federal Rules of Civil Procedure 5.2 and 26 and Local Rule 141.  The Court has reviewed the Request and the unredacted document Defendants seek to seal.  The Court finds that Defendants have shown compelling reasons for sealing the unredacted document for the reasons set forth in their Request. The Court GRANTS Defendants' Request and the Clerk is hereby directed to file the unredacted document under seal.

Dated:  June 17, 2025        /s/ Daniel J. Calabretta
  THE HONORABLE DANIEL J. CALABRETTA
  UNITED STATES DISTRICT JUDGE