1  Sophia M. Rios, CSB #305801
   Email: srios@bm.net
2  BERGER MONTAGUE PC
   8241 La Mesa Blvd., Suite A
3  La Mesa, California 91942
   Telephone: (619) 489-0300
4  Facsimile: (215) 875-4604

5  [Additional Counsel Appear on Signature Page]

6  *Class Counsel*

7                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
8

PAULA SPARKMAN, on behalf of herself
9  and all others similarly situated,          NO. 2:24-cv-01206-DJC-DMC

10               Plaintiff,                     **STIPULATED MOTION TO EXTEND
                                                CASE DEADLINES**
11       v.
                                                The Honorable Daniel J. Calabretta
12  COMERICA BANK, a foreign corporation,
    and CONDUENT STATE & LOCAL                  CLASS ACTION
13  SOLUTIONS, INC., a foreign corporation,

14               Defendants.

15

16

17       The parties, by and through counsel, hereby stipulate to and jointly move as

18  follows:

19       1.      The parties' cross motions for summary judgment (ECF Nos. 69, 93),

20  motions to exclude certain expert testimony (ECF Nos. 66, 88), and Plaintiff's motion to

21  exclude late-disclosed information (ECF No. 118), are currently pending before the

22  Court. The motions were argued on August 21, 2025. ECF No. 123.

23

24

25

STIPULATED MOTION TO EXTEND CASE DEADLINES - 1
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1    2.      The pretrial conference in this matter is set for December 11, 2025, at

2    1:30 p.m. ECF No. 84. The parties' joint pretrial statement is therefore due on

3    December 4, 2025. And trial is set to commence on February 2, 2026 at 8:30 a.m.

4    3.      The parties jointly request an extension of the pretrial conference and trial

5    date, and all trial related deadlines.

6    4.      There are two reasons for the parties' request. First, it will be difficult for

7    the parties to prepare a useful pretrial statement or address other matters relating to the

8    length and conduct of trial at a pretrial conference until the parties have received the

9    Court's order on the pending motions for summary judgment and exclusion of certain

10   testimony and documents.

11   5.      Second, counsel for both parties are scheduled to appear on December

12   11, 2025, at 1 p.m. for a hearing on final approval of a class action settlement in a

13   separate matter filed by Ms. Sparkman against Defendants in the Northern District of

14   California. See *Sparkman v. Comerica Bank*, Case No. 4:23-cv-02028-DMR, ECF No.

15   133 (order granting preliminary approval of settlement and setting final approval

16   hearing) (N.D. Cal. Aug. 13, 2025). The court in the Northern District action set the final

17   approval hearing date after the parties submitted a stipulation to this Court including the

18   December 11 date for a pretrial conference. The final approval hearing date is listed in

19   notices provided to the absent class members in the Northern District action.

20   6.      For those reasons, the parties jointly request that the Court amend the

21   remaining case schedule as follows:

22

| EVENT | CURRENT DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Pretrial Conference | December 11, 2025, at 1:30 p.m. | February 26, 2026 at 1:30 p.m. (or at the Court's convenience) |
| Jury Trial | February 2, 2026 at 8:30 a.m. | April 13, 2026 at 8:30 a.m. |

23

24

25

STIPULATED MOTION TO EXTEND CASE DEADLINES - 2
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     STIPULATED TO AND DATED this 12th day of November, 2025.

2

3  TERRELL MARSHALL LAW             BALLARD SPAHR LLP
     GROUP PLLC

4  By: /s/ Blythe H. Chandler           By: /s/ Jenny N. Perkins
   Beth E. Terrell, CSB #178181         Mitchell Turbenson, CSB #346024
5  Email: bterrell@terrellmarshall.com  Email: turbensonm@ballardspahr.com
   Blythe H. Chandler, *PHV*            Jenny N. Perkins, *PHV*
6  Email: bchandler@terrellmarshall.com Email: perkinsj@ballardspahr.com
   936 North 34th Street, Suite 300     Email: ebersolej@ballardspahr.com
7  Seattle, Washington 98103-8869       2029 Century Park East, Suite 1400
   Telephone: (206) 816-6603            Los Angeles, California 90067
8                                       Telephone: (424) 204-4400
   Sophia M. Rios, CSB #305801
9  Email: srios@bm.net                  Elizabeth V. Wingfield, *PHV*
   Marika K. O'Connor Grant, CSB #334469 Email: wingfielde@ballardspahr.com
10 Email: moconnorgrant@bm.net          BALLARD SPAHR LLP
   BERGER MONTAGUE PC                   1735 Market Street, 51st Floor
11 8241 La Mesa Blvd., Suite A          Philadelphia, PA 19103
   La Mesa, California 91942            Telephone: (215) 864-8128
12 Telephone: (619) 489-0300
                                        John C. Grugan, *PHV*
13 Colleen Fewer, CSB #323808           Email: john.grugan@hklaw.com
   Email: cfewer@bm.net                 Ana Dragojevic, CSB #341847
14 BERGER MONTAGUE PC                   Email: ana.dragojevic@hklaw.com
   505 Montgomery Street, Suite 625     Email: danielle.caimona@hklaw.com
15 San Francisco, CA 94111              HOLLAND & KNIGHT LLP
   Telephone: (800) 424-6690            1650 Market Street, Suite 3300
16                                      Philadelphia, Pennsylvania 19103
   Daniel A. Schlanger, *PHV*           Telephone: (215) 252-9610
17 Email: dschlanger@consumerprotection.net
   SCHLANGER LAW GROUP LLP              *Attorneys for Defendants Comerica Bank,*
18 60 East 42nd Street, 46th Floor      *Conduent Business Services, LLC*
   New York, New York 10165             *and Conduent State & Local Solutions,*
19 Telephone: (212) 500-6114            *Inc.*

20 *Class Counsel*

21

22

23

24

25
                                        **TERRELL MARSHALL LAW GROUP PLLC**
                                        936 North 34th Street, Suite 300
   STIPULATED MOTION TO EXTEND CASE DEADLINES - 3    Seattle, Washington 98103-8869
   Case No. 2:24-cv-01206-DJC-DMC       TEL. 206.816.6603 • FAX 206.319.5450
                                        www.terrellmarshall.com

1

**ORDER**

2       This matter came before the Court on the parties' Stipulated Motion to Amend

3   Case Schedule. The Court has considered the stipulated motion and finding good cause

4   to amend the case schedule, the parties' motion is GRANTED.

5       The case schedule is revised as follows:

6

| EVENT | NEW DEADLINE |
|---|---|
| Pretrial Conference | February 26, 2026 at 1:30 p.m. |
| Jury Trial | April 13, 2026 at 8:30 a.m. |

7

8

9

10   Dated:  November 12, 2025          /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
11                                      UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION TO EXTEND CASE DEADLINES - 4
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com