# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAULA SPARKMAN ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:24−CV−01206−DJC−DMC** |
| **COMERICA BANK , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/9/2025 .**

ENTERED:  **December 9, 2025**         /s/  **Keith Holland**
                                                      Clerk of Court