Sophia M. Rios, CSB #305801
Email: srios@bm.net
BERGER MONTAGUE PC
8241 La Mesa Blvd., Suite A
La Mesa, California 91942
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

[Additional Counsel Appear on Signature Page]

*Class Counsel*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation, and CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | NO. 2:24-cv-01206-DJC-DMC<br><br>**JOINT MOTION AND ORDER TO VACATE DEADLINES**<br><br>The Honorable Daniel J. Calabretta<br><br>CLASS ACTION |

Plaintiff Paula Sparkman and Defendants Comerica Bank and Conduent State & Local Solutions, Inc., jointly move to vacate the deadline for the parties to file a stipulated proposed order regarding distribution of the Court's restitution award or for Plaintiff to file a proposed order and Defendants to file objections to that order, and request that the deadlines be reset following resolution of Plaintiff's Motion to Modify Judgment, Plaintiff's Motion for Attorneys' Fees and Service Award, and Defendants' appeal of the judgment.

JOINT MOTION AND ORDER TO VACATE
DEADLINES - 1
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

The Court's December 9, 2025, Order set a January 6, 2026, deadline for the parties to file a stipulated proposed order regarding distribution or, if the parties did not agree, for Plaintiff to file a proposed order to which Defendants could object by January 13, 2026. ECF 128 at 31-32.

Defendants filed a notice of appeal on December 9, 2025. ECF 131. Plaintiff has agreed to a stay of execution on the judgment while the appeal is pending to avoid the need for Defendants to incur the expense of a bond and to avoid the potential reversal of restitution payments. Plaintiff filed a Motion to Modify Judgment on December 23, 2025 (ECF 135), which Defendants opposed on January 6, 2026 (ECF 140). Plaintiff filed a Bill of Costs on December 23, 2025 (ECF 134), which Defendants objected to on December 30, 2025 (ECF 138). Plaintiff is filing a Motion for Attorneys' Fees and Service Award on January 6, 2026.

Because the outcome of Defendants' appeal and Plaintiff's motions may impact distribution of the restitution award, the parties respectfully request that the Court vacate the current deadlines and reset them following resolution of the appeal and motions.

DATED this 7th day of January, 2026.

| TERRELL MARSHALL LAW GROUP PLLC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Blythe H. Chandler<br>Beth E. Terrell, CSB #178181<br>Email: bterrell@terrellmarshall.com<br>Blythe H. Chandler, *PHV*<br>Email: bchandler@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | By: /s/ Mitchell Turbenson<br>Mitchell Turbenson, CSB #346024<br>Email: turbensonm@ballardspahr.com<br>Jenny N. Perkins, *PHV*<br>Email: perkinsj@ballardspahr.com<br>Email: ebersolej@ballardspahr.com<br>2029 Century Park East, Suite 1400<br>Los Angeles, California 90067<br>Telephone: (424) 204-4400 |

JOINT MOTION AND ORDER TO VACATE DEADLINES - 2
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| Sophia M. Rios, CSB #305801<br>Email: srios@bm.net<br>Marika K. O'Connor Grant, CSB #334469<br>Email: moconnorgrant@bm.net<br>BERGER MONTAGUE PC<br>8241 La Mesa Blvd., Suite A<br>La Mesa, California 91942<br>Telephone: (619) 489-0300<br>Facsimile: (215) 875-4604<br><br>Colleen Fewer, CSB #323808<br>Email: cfewer@bm.net<br>BERGER MONTAGUE PC<br>505 Montgomery Street, Suite 625<br>San Francisco, CA 94111<br>Telephone: (800) 424-6690<br><br>Daniel A. Schlanger, *PHV*<br>Email: dschlanger@consumerprotection.net<br>SCHLANGER LAW GROUP LLP<br>60 East 42nd Street, 46th Floor<br>New York, New York 10165<br>Telephone: (212) 500-6114<br>Facsimile: (646) 612-7996<br><br>*Class Counsel* | Elizabeth V. Wingfield, *PHV*<br>Email: wingfielde@ballardspahr.com<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>Telephone: (215) 864-8128<br><br>John C. Grugan, *PHV*<br>Email: john.grugan@hklaw.com<br>Ana Dragojevic, CSB #341847<br>Email: ana.dragojevic@hklaw.com<br>Email: danielle.caimona@hklaw.com<br>HOLLAND & KNIGHT LLP<br>1650 Market Street, Suite 3300<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 252-9610<br><br>*Attorneys for Defendants Comerica Bank, Conduent Business Services, LLC and Conduent State & Local Solutions, Inc.* |

JOINT MOTION AND ORDER TO VACATE
DEADLINES - 3
Case No. 2:24-cv-01206-DJC-DMC

**ORDER**

IT IS SO ORDERED. The deadlines for the parties to file stipulated or disputed proposed orders regarding distribution of the restitution award are vacated. The parties shall file a joint status, within fourteen (14) days after the mandate is handed down in the Ninth Circuit case, advising this Court on how they plan to proceed.

DATED this 7th day of January 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

JOINT MOTION AND ORDER TO VACATE
DEADLINES - 4
Case No. 2:24-cv-01206-DJC-DMC

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com