John C. Grugan (*pro hac vice*)
john.grugan@hklaw.com
Ana Dragojevic (341847)
ana.dragojevic@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6963

Jenny N. Perkins (*pro hac vice*)
perkinsj@ballardspahr.com
Mitchell Turbenson (346024)
turbensonm@ballardspahr.com
Elizabeth V. Wingfield (*pro hac vice*)
wingfielde@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone:   424.204.4400

*Attorneys for Defendants Conduent State &*
*Local Solutions, Inc., Comerica Bank, and*
*Conduent Business Services, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| PAULA SPARKMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMERICA BANK, a foreign corporation, CONDUENT BUSINESS SERVICES, LLC, a foreign limited liability corporation, CONDUENT STATE & LOCAL SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | CASE NO. 2:24-CV-01206-DJC-DMC<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR ATTORNEYS' FEES AND SERVICE AWARD**<br><br>Hearing Date: February 19, 2026<br>Hearing Time: 1:30 p.m.<br><br>Hon. Daniel J. Calabretta<br>Courtroom 7, 14th Floor<br>United States Courthouse<br>501 I Street<br>Sacramento, CA  95814 |

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

## I.    STIPULATION

Defendants Comerica Bank ("Comerica"), Conduent Business Services, LLC, and Conduent State & Local Solutions, Inc., (collectively, "Conduent") (together, Comerica and Conduent are "Defendants"), together with Plaintiff Paula Sparkman ("Plaintiff") ("Defendants" and, together with Plaintiff, the "Parties"), respectfully submit this Joint Stipulation to Extend Defendants' Deadline to Respond to Plaintiff's Motion for Attorneys' Fees and Service Award (ECF 142), and state as follows:

1.    On January 6, 2026, Plaintiff filed her Motion for Attorneys' Fees and Service Award (ECF 142, "Plaintiff's Motion"), along with three declarations (ECF 143, 144, 145).

2.    Plaintiff's Motion is set for a hearing on February 19, 2026.

3.    Pursuant to Local Rule 230, Defendants' response is currently due on January 20, 2026.

4.    Defendants respectfully request a seven (7) day extension to file a response and assert that good cause exists for such an extension. The response to Plaintiff's Motion raises substantial issues concerning attorneys' fees and a service award, and requires careful review of multiple supporting declarations and detailed billing materials. Counsel for Defendants faces an intervening federal holiday during the response period, during which previously scheduled travel will significantly limit availability. In addition, Defendants' counsel is concurrently managing multiple court-ordered deadlines falling within the same two-week period, making it impracticable to complete a thorough and considered response within the existing timeframe despite diligent efforts.

5.    The requested extension is modest, sought in good faith, and necessary to ensure that Defendants' response is complete and adequately addresses the issues

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR ATTORNEYS' FEES AND SERVICE AWARD
CASE NO. 2:24-CV-01206-DJC-DMC
1

presented. The extension will not prejudice Plaintiff, will not affect the hearing date, and will promote the orderly and efficient adjudication of Plaintiff's Motion on a fully developed record.

6.    This is Defendants' first request for an extension to respond to Plaintiff's Motion.

STIPULATED TO AND DATED THIS 16th day of January, 2026.

TERRELL MARSHALL LAW GROUP PLLC    HOLLAND & KNIGHT LLP

/s/ Blythe H. Chandler (with permission)     /s/ Mitchell Turbenson
Beth E. Terrell, CSB #178181              John C. Grugan (pro hac vice)
Blythe H. Chandler, PHV                   john.grugan@hklaw.com
Email: bchandler@terrellmarshall.com      Ana Dragojevic (341847)
Email: bterrell@terrellmarshall.com       ana.dragojevic@hklaw.com
Amanda M. Steiner, CSB#190047             HOLLAND & KNIGHT LLP
Email: asteiner@terrellmarshall.com       560 Mission Street, Suite 1900
936 North 34th Street, Suite 300          San Francisco, CA 94105
Seattle, Washington 98103-8869            Telephone: 415.743.6963
Telephone: (206) 816-6603
Facsimile: (206) 319-5450                 Jenny N. Perkins (pro hac vice)
                                          perkinsj@ballardspahr.com
Sophia M. Rios, CSB #305801               Mitchell Turbenson (346024)
Email: srios@bm.net                       turbensonm@ballardspahr.com
Marika K. O'Connor Grant, CSB #334469     Elizabeth V. Wingfield (pro hac vice)
BERGER MONTAGUE PC                        wingfielde@ballardspahr.com
Email: moconnorgrant@bm.net               BALLARD SPAHR LLP
8241 La Mesa Blvd., Suite A               2029 Century Park East, Suite 1400
La Mesa, California 91942                 Los Angeles, CA 90067-2909
Telephone: (619) 489-0300                 Telephone:   424.204.4400
Facsimile: (215) 875-4604

Daniel A. Schlanger, PHV                  *Attorneys for Defendants Comerica*
dschlanger@consumerprotection.net         *Bank and Conduent State & Local*
SCHLANGER LAW GROUP LLP                    *Solutions, Inc.*
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (212) 500-6114
Facsimile: (646) 612-7996

*Attorneys for Plaintiff and the Proposed*
*Class Counsel*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO
MOTION FOR ATTORNEYS' FEES AND SERVICE AWARD
CASE NO. 2:24-CV-01206-DJC-DMC
2

**LOCAL RULE 5-1(h)(3) STATEMENT**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for all parties, and that I will maintain records to support this concurrence by all counsel subject to this document as required under the local rules.

DATED this 16th day of January, 2026.

HOLLAND & KNIGHT LLP

/s/ *Mitchell Turbenson*
John C. Grugan (pro hac vice)
john.grugan@hklaw.com
Ana Dragojevic (341847)
ana.dragojevic@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6963

BALLARD SPAHR LLP

Jenny N. Perkins (pro hac vice)
perkinsj@ballardspahr.com
Mitchell Turbenson (346024)
turbensonm@ballardspahr.com
Elizabeth V. Wingfield (pro hac vice)
wingfielde@ballardspahr.com
BALLARD SPAHR LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone:   424.204.4400

*Attorneys for Defendants Comerica Bank and Conduent State & Local Solutions, Inc.*

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION FOR ATTORNEYS' FEES AND SERVICE AWARD
CASE NO. 2:24-CV-01206-DJC-DMC
3

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 16, 2026, he caused the foregoing document to be electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Executed on January 16, 2026

/s/     *Mitchell Turbenson*

Mitchell Turbenson

JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO
MOTION FOR ATTORNEYS' FEES AND SERVICE AWARD
CASE NO. 2:24-CV-01206-DJC-DMC
i

## II.   ORDER

IT IS SO ORDERED. Defendants' deadline to file a response to Plaintiff's Motion for Attorneys' Fees and Service Award (ECF 142) is extended by seven (7) days, from January 20, 2026 to January 27, 2026.

Dated:  January 16, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2909
Telephone: 424.204.4400