1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT FOR THE**
9                    **EASTERN DISTRICT OF CALIFORNIA**
10
11
12
13   PAULA SPARKMAN,                          Case No.:  2:24-cv-01206-DJC-DMC
14        Plaintiff,
15        v.                                  **JUDGMENT IN A CIVIL CASE**
16   COMERICA BANK, ET AL.,
17        Defendants.
18
19        **Decision by the Court.**  This action came before the Court. The issues have
20   been tried, heard or decided by the judge as follows:
21        **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in
22   accordance with the Court's Order, ECF No. 128, filed on 12/9/2025 as corrected by
23   the Court's Order, ECF No. 148, filed on 1/9/2026.
24
25   ENTERED:  January 9, 2026              /s/ Keith Holland
26                                          CLERK OF COURT
27
28